443 A.2d 388

National Fleet Leasing Corp., Appellant v. K & S Cafe.

594

Bernard S. Rubb, for appellant; John A. Metz, Jr., for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.